IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

KENNA DOLIN,

       Petitioner,

v.              CIVIL ACTION NO. 2:15-cv-00947

STATE OF WEST VIRGINIA,

       Respondent.

**MEMORANDUM OPINION AND ORDER**

  Pending before the Court is Petitioner Kenna Dolin's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. (ECF No. 1.) On February 17, 2015, this action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition ("PF&R"). Magistrate Judge Tinsley filed his PF&R on October 3, 2017, recommending that this Court dismiss Petitioner's Petition for a Writ of Habeas Corpus. (ECF No. 4.)

  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

1

Objections to the PF&R in this case were due on October 20, 2017. To date, no objections have been filed. The Court therefore **ADOPTS** the PF&R, (ECF No. 4), and **DISMISSES** Petitioner's § 2241 motion, (ECF No. 1). The Court further **DIRECTS** the Clerk to remove this case from the Court's docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: November 1, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE